## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **WANDERSON LOPES DE ANDRADE,**<br>　　　　　*Petitioner*,<br><br>　　　**v.**<br><br>**MICHAEL ROSE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center,**<br>　　　　　*Respondents*. | **Civil No. 26-603** |

## ORDER

**AND NOW**, this 12th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Wanderson Lopes De Andrade, and all corresponding briefing, it is hereby **ORDERED** as follows:

1.　　　The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.　　　Andrade is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.　　　The Government shall **RELEASE** Andrade from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on February 13, 2026.

4.　　　The Government is temporarily enjoined from re-detaining Andrade for seven days following his release from custody.

5.     If the Government chooses to pursue re-detention of Andrade after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge